1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL RICHARDSON,                          )          Case No. C 15-6000 PSG (PR)
                                          )
                    Plaintiff,            )          **JUDGMENT**
                                          )
        v.                                )
                                          )
BOARD OF PAROLE HEARINGS,                 )
                                          )
                    Defendant.            )
                                          )

        The court has dismissed the instant action.  A judgment of dismissal with prejudice is

entered.  The Clerk shall close the file.

        IT IS SO ORDERED.

DATED:   3/16/2016

                                                    PAUL S. GREWAL
                                                    United States Magistrate Judge

Case No. C 15-6000 PSG (PR)
JUDGMENT